UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUSTINA JOUNGSOON KIM (MARIA J. KIM),

                Plaintiff,

-against-

DAVID BORNMAN,

                Defendant.

1:21-CV-6647 (LTS)

CIVIL JUDGMENT

---

Pursuant to the order issued September 17, 2021, dismissing this action for lack of subject matter jurisdiction,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed for lack of subject matter jurisdiction under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

Plaintiff has consented to electronic service of court documents. (ECF 3.)

SO ORDERED.

Dated:   September 17, 2021
           New York, New York

                                            /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                            Chief United States District Judge